

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020

Egan Law Firm, LLC
805 Third Avenue, New York NY 10022
Tel 212.619.8456 • EFax 646.417.7977

Susan B. Egan
Segan@eganlawfirm.com

December 27, 2020

VIA ECF

Honorable Valerie E Caproni
United States District Judge
40 Foley Square
Courtroom 443
New York, NY 10007

Re: <u>Gomez v. The House of Health, Healing and Happiness d/b/a The Caravan of Dreams And 405 LP/AA LLC.</u>, 20 Civ. 07150 (VEC)

Dear Judge Caproni,

    I represent the defendants in the referenced litigation. I write to request an adjournment of the scheduled pretrial conference on January 15, 2021 as well as of defendants' time to answer or move with respect to the complaint until February 15. Mr. Levy, counsel for the plaintiff, consents to this request.

    Mr Levy and I have had several productive conversations about settlement. While the continuation of those discussions have been delayed by the holiday and by a death in the family of one of the defendants' principals, we expect them to resume early in the new year. Both parties are hopeful that a fair settlement can be reached.

    Thank you for your consideration of this request.

Sincerely

*Susan B Egan*

cc Gabriel Levy

Application GRANTED. The January 15, 2021 IPTC is adjourned to **February 19, 2021, at 10:30 a.m.** Defendants' time to respond to the Complaint is also adjourned to **February 19, 2021**.

SO ORDERED.

*Valerie Caproni*   12/28/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

eganlawfirm.com